1  Rod D. Margo (State Bar No.: 97706)
   Frank A. Silane (State Bar No.: 90940)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile: (310) 557-1299
5
   Attorneys for Defendant
6  SINGAPORE AIRLINES, LTD.
7
8              UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA

11 IN RE                                    ) Case No. 01-ML-1394 GAF (RCx)
                                            )
12 AIR CRASH AT TAIPEI, TAIWAN ON           ) This Document Related to:
   OCTOBER 31, 2000                         )
13                                          ) CV01-01750 GAF (RCx)
              Plaintiff,                    ) *Koppaka, et al v. Singapore Airlines,*
14                                          ) *Ltd.*
                                            )
15                                          ) **STIPULATION OF DISMISSAL;
                                            ) [PROPOSED] ORDER**
16                                          )
                                            )
17                                          )
                                            )
18 ─────────────────────────────────────────

19

20         Plaintiffs VARAPRASAD KOPPAKA and RAMA KOPPAKA and

21 defendant SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above

22 referenced action be, and hereby is, dismissed with prejudice as against all

23 defendants pursuant to Federal Rule of Civil Procedure 41 (a)(1); with all parties to

24 bear their own costs.

25 //
26 //
27 //
28 //

STIPULATION OF DISMISSAL, [PROPOSED] ORDER

Dated: October __, 2004

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
FRANK A. SILANE
SCOTT D. CUNNINGHAM
ATTORNEYS FOR DEFENDANT
SINGAPORE AIRLINES, LTD.

Dated: October __, 2004

GREENE, BROILLET, PANISH & WHEELER LLP

By: _____
BRIAN J. PANISH
KEVIN R. BOYLE
Attorneys for Plaintiffs
VARAPRASAD KOPPAKA and
RAMA KOPPAKA

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-01750, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: October __, 2004

_____
Honorable Gary A. Feess
United States District Court Judge

-2-

STIPULATION OF DISMISSAL: [PROPOSED] ORDER